THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE CITY OF WILMINGTON, | § | |
| | § | No. 102, 2023 |
| Plaintiff-Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| JACOB VREELAND and TAX | § | C.A. No. N20J-07653 |
| PARCEL NO. 26-022.10-043, | § | |
| | § | |
| Defendants-Below, | § | |
| Appellees, | § | |
| | § | |
| and | § | |
| | § | |
| WELLS FARGO BANK, N.A. and | § | |
| QUALITY ANGELS REAL ESTATE | § | |
| COMPANY, | § | |
| | § | |
| Intervenors-Below, | § | |
| Appellees. | § | |

Submitted: January 10, 2024
Decided: January 22, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

This 22nd day of January, 2024, after consideration of the parties' briefs and

the record on appeal, it appears to the Court that the judgment of the Superior Court

should be affirmed on the basis of and for the reasons stated in its August 9, 2022 Letter Opinion[1] and December 12, 2022 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *City of Wilmington v. Vreeland*, 2022 WL 3221600 (Del. Super. Ct. Aug. 9, 2022).